IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MOHAMMAD MAKHMALBAF, *et al.* | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-12-2580 |
| AUS, INC., *et al.* | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

In light of the voluntary dismissal of this case by Plaintiff on November 6, 2012 (ECF No. 6), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to close the case.

DATED this __8__ day of November, 2012.

BY THE COURT:

_____
James K. Bredar
United States District Judge